JUDGE STEIN

08 CIV 6382

388-08/MEU/DJF
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
LITTLE PRINCE MARINE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)
Daniel J. Fitzgerald (DF 6313)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LITTLE PRINCE MARINE LTD.,                                       08 CV

                            Plaintiff,                           **RULE 7.1 STATEMENT**

            -against -

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

                            Defendant.
-----------------------------------------------------------x

    The Plaintiff, LITTLE PRINCE MARINE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 16, 2008

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff LITTLE PRINCE MARINE LTD.

                By: _____
                      Michael E. Unger (MU 0045)
                      Daniel J. Fitzgerald (DF 6313)
                      80 Pine Street
                      New York, NY 10005
                      Telephone: (212) 425-1900
                      Facsimile: (212) 425-1901

NYDOCS1/308713.1