388-08/MEU/DJF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LITTLE PRINCE MARINE LTD.,

           Plaintiff,

  -against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

           Defendant.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

08 CIV 6382 (SHS)

ORDER
DIRECTING RELEASE OF
FUNDS AND
DISCONTINUANCE OF
ACTION

**WHEREAS** it having been reported to the Court that the parties have settled their disputes;

**IT IS HEREBY ORDERED AND DIRECTED** that all funds which have been restrained pursuant to the Process of Maritime Attachment and Garnishment issued pursuant to Order of the Court dated July 16, 2008 be released by the garnishee banks pursuant to the original wire transfer instructions; and

**IT IS FURTHER ORDERED AND DIRECTED** that this action be dismissed without prejudice and without costs as to either party.

Dated: New York, New York
      July 22, 2008

"SO ORDERED"

_____
Hon. Sidney H. Stein, U.S.D.J.

NYDOCS1/309085.1